UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-445-RJC

| | |
|---|---|
| In re: ) | |
| ) | |
| MIDSTATE MILLS, INC., ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| BRANCH BANKING AND TRUST ) | |
| COMPANY, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| AGROWSTAR, LLC, J&D OF ) | |
| LANCASTER, INC., PERFORMANCE ) | |
| AG, LLC, and KEVIN D. BAUCOM, ) | |
| ) | |
| Appellees. ) | |

**THIS MATTER** comes before the Court on Appellant Branch Banking and Trust Company and Appellees Agrowstar, LLC, J&D of Lancaster, Inc., Performance Ag, LLC, and Kevin D. Baucom's Agreed Motion to Dismiss Appeal. (Doc. No. 2). After careful consideration, for good cause shown, and with the consent of all parties, the Court finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Agreed Motion to Dismiss Appeal, (Doc. No. 2), is **GRANTED**. This matter is **DISMISSED**, and all applicable costs and fees will be taxed against the party that incurred them. The Clerk of Court is hereby directed to close this case.

Signed: October 19, 2015

Robert J. Conrad, Jr.
United States District Judge